JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA PALOMINO, | ) | Case No. EDCV 15-00860-VAP (SPx) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| SERTA, INC., | ) | |
| Defendant. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: June 9, 2015

                                   VIRGINIA A. PHILLIPS
                             United States District Judge